DE MAURIAC v. BYRNES. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Guy M. De Mauriac against Ophelia A. Byrnes. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

DESSAR v. HIRSCH et al. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Leo C. Dessar, as executor, etc., against Charles S. Hirsch and others. No opinion. Application granted. Order signed. See, also, 145 N. Y. Supp. 51.

DICKEY, Appellant, v. GORTNER, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Paul Dickey against Christopher A. Gortner. No opinion. Motion denied, without costs. See, also, 146 N. Y. Supp. 264; 146 N. Y. Supp. 1089.

DICKEY, Appellant, v. GORTNER, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Paul Dickey against Christopher A. Gortner.
PER CURIAM. Motion denied, without costs. See, also, 146 N. Y. Supp. 1089.
CARR, J., took no part.

DILG, Appellant, v. STRAUSS, Respondent. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by Christian F. Dilg against Gustavus E. Strauss. H. A. Sperry, of New York City, for appellant. H. R. Limburg, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 158 App. Div. 718, 143 N. Y. Supp. 948.

DOELGER et al., Respondents, v. MEYER, Appellant. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by Charles A. Doelger and others against Herman H. Meyer. J. H. Koehler, of New York City, for appellant. C. E. Travis, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 144 N. Y. Supp. 1112.

In re DOUGHERTY. (Supreme Court, Appellate Division, First Department. March 27, 1914.) In the matter of Thomas F. Dougherty, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DOUTH, Respondent, v. WALDO et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by William Douth against Rhinelander Waldo and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 157 App. Div. 895, 933, 142 N. Y. Supp. 1116.

DRUMMOND, Com'r, v. SCHLESSINGER. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Michael J. Drummond, Commissioner, etc., against Alexander Schlessinger. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

DUCK et al., Respondents, v. BROOKLYN TRUST CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Madeline M. Duck and others against the Brooklyn Trust Company, as trustee, and others.
PER CURIAM. Motions for leave to appeal to the Court of Appeals granted, and questions certified in the form proposed.
JENKS, P. J., took no part.

DWELLE–KAISER CO., Respondent, v. H. P. SICKELS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by the Dwelle-Kaiser Company against the H. P. Sickels Company. No opinion. Judgment and order affirmed, with costs.

In re EARLEY. (Supreme Court, Appellate Division, First Department. March 27, 1914.) In the matter of Martin J. Earley, an attorney. No opinion. Referee's report approved, and respondent disbarred. Settle order on notice. See, also, 158 App. Div. 883, 142 N. Y. Supp. 1116.

ECKERT v. TRUMAN et al. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Claudine Eckert against Clara M. Truman and George D. Nowland. No opinion. Motions to dismiss appeals denied, upon the ground that respondent's proceedings are stayed for nonpayment of costs upon the previous appeal. If these costs are paid within five days, the appeals may be placed upon the April calendar, and heard upon one printed record. See, also, 159 App. Div. 916, 144 N. Y. Supp. 1113.

EDDERY, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Mary Eddery, as administratrix, etc., of Andrew Eddery, deceased, against the Interborough Rapid Transit Company.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict was against the weight of the evidence. See same case, 150 App. Div. 761, 135 N. Y. Supp. 170.
BURR and PUTNAM, JJ., dissent.

EGERER, Appellant, v. MANUFACTURERS' NAT. BANK OF BROOKLYN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by August Egerer against the Manufacturers' National Bank of Brooklyn and others. H.